LORENZ W. OCKEN, APPELLEE, v. CHARLES J. KUNASEK ET AL., APPELLANTS.

325 N.W.2d 48

Filed October 22, 1982. No. 82-162.

Kent F. Jacobs of Blevens, Blevens & Jacobs, for appellants.

James M. Egr of Egr & Birkel, for appellee.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

This is an action to foreclose a mechanic's lien on a residence owned by defendants. Defendants counterclaimed for breach of a construction contract. Judgment was entered for the plaintiff for $7,041.48 and against the defendants on their counterclaim. The defendants have appealed.

Apparently by agreement, this foreclosure action was tried before a jury and the judgment entered on the jury verdict. This court has reviewed the record de novo and finds that the judgment should be affirmed.

AFFIRMED.